UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR H. CAUSEY, SR.,<br>Plaintiff,<br>v.<br>OAKLAND POLICE DEPARTMENT,<br>Defendant. | Case No. 18-00034 BLF (PR)<br>**JUDGMENT** |

The Court has dismissed the amended complaint for failure to state a claim upon which relief may be granted. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: Aug 6, 2018

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.18\00034Causey_judgment